## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIL GIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-cv-01145-JPG-PMF |
| | ) |
| RICHARD WATSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Richard Watson, Philip McLaurin, Thomas Trice, Nancy Sutherland, and Levi Bridges** for constitutional violation for conditions of confinement in prison in violation of the 8th Amendment are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Richard Watson, Philip McLaurin, Thomas Trice, Nancy Sutherland, and Levi Bridges** and against plaintiff **Jamil Gibbs** on his claims for constitutional violation for conditions of confinement in prison in violation of the 8th Amendment.

**DATED:** 6/28/2016                                  **Justine Flanagan**
                                                                      **Acting Clerk of Court**

                                                                      *s/Tina Gray*
                                                                      **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**